No. 85–1087.  HOLMES *v.* DRUMMOND.  Sup. Ct. Del.  Certiorari denied.

No. 85–1089.  GALLO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 85–1101.  BURBANK-GLENDALE-PASADENA AIRPORT AUTHORITY *v.* BAKER ET AL.  Sup. Ct. Cal.  Certiorari denied.

No. 85–1102.  MANN *v.* WARDEN, EGLIN AIR FORCE BASE.  C. A. 11th Cir.  Certiorari denied.

No. 85–1103.  CHALUISSANT *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 85–1106.  SHANDLOFF ET AL. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 85–1107.  INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 18, ET AL. *v.* MURPHY.  C. A. 6th Cir.  Certiorari denied.

No. 85–1108.  DELTA RESINS & REFRACTORIES, INC., ET AL. *v.* ASHLAND OIL, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 85–1110.  CARRALERO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 85–1111.  POWELL PRESSED STEEL CO. *v.* POLICY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 85–1112.  FALSTAFF BREWING CORP. *v.* TRINITY CARTON CO., INC.  C. A. 5th Cir.  Certiorari denied.

No. 85–1114.  EARNEST *v.* LOUISIANA.  15th Jud. Dist. Ct. La., Lafayette Parish.  Certiorari denied.

No. 85–1115.  MOATS *v.* WICK, DIRECTOR, UNITED STATES INFORMATION AGENCY, ET AL.  C. A. D. C. Cir.  Certiorari denied.